UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

January 30, 2002

101 West Lombard Street
Baltimore, Maryland  21201
(410) 962-0723

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JAN 31  A 9: 20

AT BALTIMORE

_____DEPUTY

MEMORANDUM TO COUNSEL RE:   Sherron Mills v.
Peninsula Regional Medical Center
Civil #L-01-3542

Dear Counsel:

A telephone conference will be held on February 7, 2002, at 11:30 a.m. for the purpose of scheduling a trial. One of counsel is asked to initiate this conference call.

The conference call may be recorded electronically; please, therefore, do not use a speaker phone. If recorded, a transcript may be obtained by making arrangements with the Clerk's Office.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the clerk is directed to docket it accordingly.

Very truly yours,

B Legg
Benson Everett Legg

c:   Court file

