IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
2002 FEB 11  P 2: 50

**SHERRON MILLS**          :

v.                         :   CIVIL NO. L-01-3542
                           :
**PENINSULA REGIONAL MEDICAL**  :
**CENTER**                 :

### ORDER

On February 7, 2002, the Court held a telephone conference regarding Defendant's request for an amended scheduling order. Pursuant to the conference, discovery shall proceed as follows:

(i)   Plaintiff's counsel shall depose Mr. Juan Manuel Rodriguez regarding the particulars of the Complaint, the potential length of Plaintiff's career prior to his injury, and other potential sources of information that Defendant might call upon regarding the economic analysis required in assessing Plaintiff's damage claims. This deposition may be taken by telephone;

(ii)  Plaintiff's counsel shall depose Plaintiff's agents, both domestic and foreign, regarding the same issues;

(iii) these preliminary depositions shall be taken by March 8, 2002;

(iv)  Plaintiff's counsel shall designate its experts on Plaintiff's economic damage claims by April 1, 2002. Defendant shall counterdesignate and submit counterreports by June 14, 2002. Depositions shall be scheduled thereafter;

(v)   a joint status report regarding the timetable for concluding discovery on Plaintiff's economic damage claims is due by April 15, 2002;

(vi)  the discovery deadline is hereby moved to August 12, 2002;

(vii) medical discovery shall be concluded by April 15, 2002. Plaintiff shall designate its medical experts by April 29, 2002. Defendant shall depose Plaintiff's experts

by June 3, 2002. Defendant is to counterdesignate and submit a counterreport by July 12, 2002. Plaintiff shall depose Defendant's experts by July 12, 2002. Defendant may conduct a medical examination of Plaintiff at any time;

(viii)  the deadline for joinder of new parties is hereby extended to April 15, 2002.

It is so ORDERED this 10th day of February, 2002.

                                                              Benson Everett Legg
                                                              United States District Judge