# CORNBLATT, BENNETT, PENHALLEGON & ROBERSON, P.A.

THEODORE B. CORNBLATT *
S. WOODS BENNETT
JOHN R. PENHALLEGON *
PATRICK A. ROBERSON
JEFFREY Y. LAYNOR

ATTORNEYS AT LAW
SUITE 1800
201 N. CHARLES STREET
BALTIMORE, MARYLAND 21201

(410) 752-7600
FAX (410) 752-2110
E-Mail Address: mail@cbprlaw.com

GARY E. DUMER, JR.
DEBRA L. WYNNE

*ALSO MEMBER OF D.C. BAR

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 FEB 14  P 3: 32
CLERK'S OFFICE
AT BALTIMORE
_____DEPUTY

February 13, 2002

The Honorable Benson Everett Legg
United States District Court
 for the District of Maryland
101 W. Lombard Street, Room 340
Baltimore, Maryland  21201

    RE: Mills v. Peninsula Regional Medical Center
      <u>Civil Action No. L01CV3542</u>

Dear Judge Legg:

  I received a copy of the Court's Order of February 10 regarding a discovery schedule. I believe paragraphs 1 and 2 should refer to depositions to be taken by defendant's counsel rather than plaintiff's.

    Thank you for your courtesy.

          Very truly yours,

         John R. Penhallegon

JRP:dmb
cc: Joseph E. Dever, Esquire

*[Handwritten note:]* Agreed. The Order here is in error; the depositions are to be taken by defendant's attorney.

BLegg
/s/
2/14/02