# CORNBLATT, BENNETT, PENHALLEGON & ROBERSON, P.A.

THEODORE B. CORNBLATT *
S. WOODS BENNETT
JOHN R. PENHALLEGON *
PATRICK A. ROBERSON
JEFFREY Y. LAYNOR

ATTORNEYS AT LAW
SUITE 1800
201 N. CHARLES STREET
BALTIMORE, MARYLAND 21201

(410) 752-7600
FAX (410) 752-2110
E-Mail Address: mail@cbprlaw.com

2002 APR 22  P 2:48

GARY E. DUMER, JR.
DEBRA L. WYNNE

*ALSO MEMBER OF D.C. BAR

April 11, 2002

The Honorable Benson Everett Legg
United States District Court
 for the District of Maryland
101 W. Lombard Street, Room 340
Baltimore, Maryland  21201

   RE: Mills v. Peninsula Regional Medical Center
      Civil Action No. L01CV3542

Dear Judge Legg:

  Kindly accept this letter as counsel's Joint Status Report regarding discovery on plaintiff's economic damage claims as requested by the Court's Order of February 7.

  The Court directed that preliminary depositions of plaintiff's domestic and foreign agents and also Mr. Juan Rodriguez be taken by March 8. The defendant has taken preliminary depositions of plaintiff's agents, Mr. Vye and Mr. Olivares. Scheduling a deposition of Mr. Rodriguez, who is in Spain, proved logistically difficult. Mr. Rodriguez has now been identified as an expert witness expected to testify at trial for the plaintiff and I agreed to waive the previously requested preliminary deposition. I have requested Mr. Rodriguez's deposition as an identified expert and that will be scheduled in due course.

  In addition to Mr. Rodriguez, plaintiff identified Mr. Mills' Spanish agent and an economist as experts. Counsel do not anticipate any difficulties in scheduling and completing their depositions. Assuming no unforeseen difficulties, the defendant expects to counter-designate its economic damage experts by June 14 as scheduled.

  With regard to medical discovery, counsel do jointly request modest modification of the existing schedule. The existing Scheduling Order requires that medical discovery be completed by April 15 followed thereafter by plaintiff's medical expert designations, depositions of plaintiff's medical experts, and defense expert designations. Denise Alderman, the primary nurse caring for Mr. Mills, is no longer employed by Peninsula Regional and lives out-of-state. She recently married and immediately upon return from her honeymoon underwent surgery and is currently recovering at home. She is currently scheduled for deposition on April 24.



The Honorable Benson Everett Legg
April 11, 2002
Page 2

      Plaintiff's counsel also wishes to depose Dr. Edward McGinnis, plaintiff's treating orthopedic surgeon at Peninsula Regional. Dr. McGinnis is not a party. Plaintiff's counsel has arranged Dr. McGinnis' deposition with Dr. McGinnis' representatives and that is currently scheduled for May 15.

      Accordingly, counsel respectfully request modification of the Scheduling Order as follows:

1. Medical discovery shall be concluded by May 21, 2002;

2. Plaintiff shall designate medical experts by May 31, 2002;

3. Defendant shall depose plaintiff's medical experts by July 5, 2002;

4. Defendant shall designate medical experts by August 12, 2002;

5. Plaintiff shall depose defendant's experts by September 13, 2002;

6. The deadline for joinder of new parties is extended to May 21, 2002;

7. The discovery deadline is hereby moved to September 13, 2002.

      The requested modifications result in a 30 day extension of the prior discovery deadline. Interval dates are adjusted so as to maintain the same time frame between deadlines as contemplated in the original Order.

      Counsel appreciate the Court's consideration. Mr. Dever has reviewed and approved this letter.

Very truly yours,

*[signature]*

John R. Penhallegon

JRP:dmb
cc: Joseph E. Dever, Esquire

*Schedule Approved*
*Benson E. Legg*
*USDJ*
*4/21/02*