# Dever & Feldstein, LLC
*Attorneys at Law*

May 14, 2002

401 Washington Ave.
Towson, MD 21204
Tel: 410.576.9070
Fax: 410.427.0054

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 MAY 21  PM 12:36

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

Honorable Benson Everett Legg
United States District Court
 For the District of Maryland
101 W. Lombard Street, Room 340
Baltimore, Maryland 21201

      RE:    *Sherron Mills v. Peninsula Regional Medical Center*
                 *Civil Action No.: L01CV3542*

Dear Judge Legg:

      Because of difficulties in scheduling the deposition of Ms. Denise Alderman, the nurse who was primarily responsible for the care of the Plaintiff, the parties are now jointly requesting a limited modification of the existing schedule regarding medical discovery. As indicated in our joint status report dated April 11, 2002, Ms. Alderman's deposition had previously been scheduled to take place on April 24, 2002. Shortly after the status report was forwarded to Your Honor, defense counsel advised us that Ms. Alderman could not appear for deposition until May 13, 2002 because of health problems. The postponement of this deposition rendered certain deadlines for the completion of medical discovery unworkable. As a result, counsel conferred and agreed to push back the Plaintiff's deadline to name additional parties and to designate medical experts by approximately two weeks, or from May 29, 2002 to June 17, 2002. Counsel also agreed to modify the remaining medical discovery deadlines in order to maintain the same timeframe between deadlines as contemplated in the current Scheduling Order.

      Accordingly, counsel respectfully and jointly request modification of the current scheduling order as follows:

        1. Plaintiff shall designate medical experts by June 17, 2002.
        2. Defendant shall depose Plaintiff's medical experts by July 22, 2002.
        3. Defendant shall designate medical experts by August 29, 2002.
        4. Plaintiff shall depose Defendant's experts by September 30, 2002.
        5. Deadline for joinder of new parties is extended to June 17, 2002.
        6. Discovery deadline is hereby moved to September 30, 2002.

Baltimore Office:  16 South Calvert Street • Suite 1000 • Baltimore, MD 21201
www.deverandfeldstein.com

Approved

Benson Legg

May 20, 2002

May 14, 2002
Page 2

    Counsel appreciates the Court's consideration of this joint request for modification.

                                          Sincerely,

                                          Joseph E. Dever

JED:hrj
cc:    John Penhallegon, Esquire