# Dever & Feldstein, LLC

*Attorneys at Law*

401 Washington Ave.
Suite 1200
Towson, MD 21204
Tel: 410.576.9070
Fax: 410.427.0054

September 30, 2002

**VIA HAND-DELIVERY**
Honorable Benson Everett Legg
United States District Court
 For the District of Maryland
101 W. Lombard Street, Room 340
Baltimore, Maryland 21201

 RE:  *Sherron Mills v. Peninsula Regional Medical Center*
   Civil Action No.: L01CV3542

Dear Judge Legg:

 A few discovery issues have arisen in this case, and I am writing to request that the court extend the discovery deadline in this case until November 15, 2002 in order to provide sufficient time for these discovery disputes to be resolved by the parties or the court. The discovery disputes concern the Defendant's designation of experts and their responses to certain requests for production propounded by the Plaintiff.

 On August 29, 2002, the Defendant designated four (4) experts in the field of orthopedic surgery as testifying experts in this case. The Plaintiff had previously designated two experts in the field of orthopedic surgery, both of whom have been deposed. On September 5, 2002, I sent a letter to Mr. Penhallegon, counsel for the Defendant, objecting to the Defendant's designation of four experts in the same medical field as excessive and cumulative and noting substantial overlap among the reports produced by these experts. Mr. Penhallegon ultimately responded by letter dated September 16, 2002 and stated his position that the Defendant's designations were proper. Mr. Penhallegon and I discussed this dispute by telephone last week, but we have not reached a resolution.

 The other discovery dispute involves the Defendant's refusal to produce documents in response to certain Request for Production of Documents seeking: (1) copies of the hospital's nursing manual and nursing policy and procedure

*[handwritten annotations:]*
MOTION "Approved" this 2nd day of October, 2002.
B. Legg
BENSON EVERETT LEGG, U.S.D.J.

✓✓ Documents shall be produced under a confidentiality order assuming the documents exist.
B. Legg
10/02/02

September 30, 2002
Page 2

manual in effect at the time of the alleged negligence and (2) the curriculum vitae of two of the nurses who were working in the orthopedic unit where the Plaintiff was treated on the evening in question. Mr. Penhallegon and I have discussed a possible compromise to these disputes. I am hopeful that we will soon resolve these document productions issues without intervention from the Court.

In light of these discovery disputes, the parties are requesting a 45-day extension of the discovery deadline in order to resolve these issues and complete the remaining discovery in this case. Counsel have had a good working relationship in this case (the present discovery disputes notwithstanding). I have confirmed that Mr. Penhallegon is in agreement with this discovery extension. The Court's consideration of this matter is greatly appreciated.

Very truly yours,

Joseph E. Dever

JED:hrj
cc:   John Penhallegon, Esquire