UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

November 4, 2002

MEMORANDUM TO COUNSEL RE:   Sherron Mills v. Penisula Regional Medical Center
Civil #L-01-3542

Dear Counsel:

On Monday, November 4, 2002, the Court held a teleconference to discuss Plaintiff's Motion to Limit Each Party's Designation of Medical Experts to Two Experts per Medical Specialty. This letter is to confirm the substance of the decisions made during the conference.

As the record is unclear regarding what each expert's testimony will be, the depositions will go forward as scheduled. Plaintiff's Motion is, therefore, DENIED.

It should be understood, however, that duplicative experts will not be allowed at trial. After depositions are completed, counsel should confer as to which experts will testify during trial. If there is disagreement, the dissenting party should file a motion in limine to limit the number of experts to be used at trial.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file