IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED

2003 FEB 27 P 2: 10

FEB 2 4 2003
AT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

DEPUTY

| | | |
|---|---|---|
| SHERRON MILLS | * | |
| Plaintiff | * | |
| v. | * | CIVIL ACTION NO. L-01-3542 |
| PENINSULA REGIONAL MEDICAL CENTER | * | |
| | * | |
| Defendant | | |

\* \* \* \* \* \* \* \* \* \* \* \*

## STPULATION OF DISMISSAL

Pursuant to F.R.C.P. Rule 41(a)(1), please enter the above-captioned case

as DISMISSED WITH PREJUDICE.

_Approved_
2/26/03
_[signature]_

_[signature]_
Joseph E. Dever
Federal Bar No. 12011
Dever, Feldstein & MacDonald
305 Washington Avenue, Suite 200
Baltimore, Maryland  21204
(410) 825-0100
Attorneys for Plaintiff

_[signature]_
John R. Penhallegon
Federal Bar No. 01046
Cornblatt, Bennett, Penhallegon
 & Roberson, P.A.
201 N. Charles Street, Suite 1800
Baltimore, Maryland  21201
(410) 752-7600
Attorneys for Peninsula Regional Medical
Center

# CORNBLATT, BENNETT, PENHALLEGON & ROBERSON, P.A.

THEODORE B. CORNBLATT *
S. WOODS BENNETT
JOHN R. PENHALLEGON
PATRICK A. ROBERSON
JEFFREY Y. LAYNOR
GARY E. DUMER, JR.

DEBRA L. WYNNE

ATTORNEYS AT LAW
SUITE 1800
201 N. CHARLES STREET
BALTIMORE, MARYLAND 21201

FEB 24 2003
AT
CLERK U.S.
DISTRICT OF MARY.
(410) 752-7600
FAX (410) 752-2110
E-Mail Address: mail@cbprlaw.com

*ALSO MEMBER OF D.C. BAR

February 20, 2003

Clerk
United States District Court
 for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland  21201

>           RE:    Mills v. Peninsula Regional Medical Center
>                  Civil Action No. 101CV3542

Dear Sir or Madam:

        Enclosed herewith for filing is a Stipulation of Dismissal in the above-
captioned case.  Please return a date-stamped copy in the enclosed, self-addressed,
stamped envelope.  Thank you.

                        Very truly yours,

                        John R. Penhallegon

JRP:dmb
Enclosures
cc:     Joseph E. Dever, Esquire